Action by Albert Gaffey against Gates Thalheimer. No opinion. Judgment and order affirmed, with costs.

GALLAGHER, Appellant, v. JOHN HANCOCK MUT. LIFE INS. CO., Respondent. (Supreme Court, Appellate Division, Second Department. March 5, 1909.) Action by Bertha Gallagher, as administratrix, etc., of Henry King, deceased, against the John Hancock Mutual Life Insurance Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

GANSS, Appellant, v. J. M. GUFFEY PETROLEUM CO., Respondent. (Supreme Court, Appellate Division, First Department. March 5, 1909.) Action by Herman Ganss against the J. M. Guffey Petroleum Company. L. J. Vorhaus, for appellant. H. A. Poor, for respondent.

PER CURIAM. Judgment affirmed, on 125 App. Div. 780, 110 N. Y. Supp. 176, with costs. Order filed.

CLARKE, J., dissents, on opinion on former appeal.

GARLOCK, Respondent, v. FIRE ASS'N OF PHILADELPHIA, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 17, 1909.) Action by Morgan B. Garlock, as receiver, etc., against the Fire Association of Philadelphia.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event, unless the plaintiff within 20 days stipulates to reduce the verdict to the sum of $1,620, with interest from November 7, 1901, in which event the judgment is modified accordingly, and, as so modified, is, together with the order, affirmed, without costs of this appeal to either party.

GARRISON, Respondent, v. PELL, Appellant, et al. (Supreme Court, Appellate Division, First Department. February 26, 1909.) Action by Cornelius M. Garrison against Stephen H. P. Pell, impleaded with others. A. H. Larkin, for appellant. W. Hauser, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

GARVEY, Appellant, v. GARVEY, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 10, 1909.) Action by Daniel C. Garvey against Mary Garvey. No opinion. Judgment affirmed, without costs.

GENOVESIA v. PELHAM OPERATING CO. (Supreme Court, Appellate Division, First Department. February 11, 1909.) Action by Rosario Genovesia, as administratrix, against the Pelham Operating Company. No opinion. Motion denied, with $10 costs. Order filed.

In re GESCHEIDT. (Supreme Court, Appellate Division, Second Department. March 19, 1909.) In the matter of the application of Albert F. Gescheidt, Jr., for license and admission to practice as an official examiner of title. No opinion. Application granted, and bond approved.

GIEBELHAUSEN et al., Respondents, v. SUMNER et al., Appellants. (Supreme Court, Appellate Division, First Department. February 19, 1909.) Action by Frederick R. Giebelhausen and others against A. Ewing Sumner and others. G. W. Files, for appellants. P. L. Ryan, for respondents.

PER CURIAM. Judgment and order affirmed, with costs, and appeal from decision dismissed. Order filed.

INGRAHAM and HOUGHTON, JJ., dissent.

GILBERT v. MATTHEWS et al. (Supreme Court, Appellate Division, First Department. March 26, 1909.) Action by Sophia Gilbert against Josephine Matthews and others. M. Grossman, for appellants. A. H. Wadick, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

GILMORE CO., Respondent, v. SMITH, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 27, 1909.) Action by the Gilmore Company against Milo D. Smith. No opinion. Order affirmed, with $10 costs and disbursements.

GIULIANI, Appellant, v. GIULIANI, Respondent. (Supreme Court, Appellate Division, Second Department. March 5, 1909.) Action by Luciano Giuliani against Ranierio Giuliani. No opinion. Judgment of the Municipal Court affirmed, with costs.

In re GLEASON. (Supreme Court, Appellate Division, First Department. March 26, 1909.) In the matter of Ann Gleason. No opinion. Motion granted, with $10 costs. Order filed.

GOLDEN et al., Respondents, v. GOLDMAN, Appellant. (Supreme Court, Appellate Division, Second Department. March 12, 1909.) Action by Gussie Golden and another against Louis Goldman. No opinion. Judgment affirmed, with costs.

GOLDENTHAL et al., Respondents, v. POPPER, Appellant. (Supreme Court, Appellate Division, First Department. February 19, 1909.) Action by Tuli Goldenthal and another against Kalman Popper. J. L. Krone, for appellant. E. I. Yuells, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed.

GOOLD v. NEW YORK, N. H. & H. R. CO. (Supreme Court, Appellate Division, First Department. March 12, 1909.) Action by Helen S. Goold against the New York, New Haven & Hartford Railroad Company. With this case has been consolidated in this court cases bearing titles as follows: Dezso Fuchs against the North German Lloyd Steamship Company; Runkel Bros. v. Jas. T. Caparell; Simon Horowitz v. Harris Bronstein. No opinion. Appli-